# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-687-MOC-DCK

| | |
|---|---|
| ANTOINETTE GODFREY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** ) |
| TIAA BOARD OF OVERSEERS; TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA; and TIAA-CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed by Edward H. Nicholson, Jr., concerning James E. Voyles on September 25, 2016. Mr. James E. Voyles seeks to appear as counsel *pro hac vice* for Plaintiff Antoinette Godfrey. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) is **GRANTED.** Mr. James E. Voyles is hereby admitted *pro hac vice* to represent Plaintiff Antoinette Godfrey.

**SO ORDERED**.

Signed: September 26, 2016

David C. Keesler
United States Magistrate Judge