IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-687-MOC-DCK

| | |
|---|---|
| ANTOINETTE GODFREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TIAA BOARD OF OVERSEERS; ) | |
| TEACHERS INSURANCE AND ANNUITY ) | |
| ASSOCIATION OF AMERICA; and TIAA- ) | |
| CREF INDIVIDUAL AND ) | |
| INSTITUTIONAL SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 9) filed by Patti W. Ramseur, concerning Jill L. Rosenberg on March 20, 2016. Ms. Jill L. Rosenberg seeks to appear as counsel *pro hac vice* for Defendant TIAA Board of Overseers, et al.. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 9) is **GRANTED.** Ms. Jill L. Rosenberg is hereby admitted *pro hac vice* to represent Defendant TIAA Board of Overseers, et al..

**SO ORDERED**.

Signed: March 21, 2017

David C. Keesler
United States Magistrate Judge