**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:16-CV-687-MOC-DCK**

| | |
|---|---|
| **ANTOINETTE GODFREY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **TIAA BOARD OF OVERSEERS;** ) | |
| **TEACHERS INSURANCE AND ANNUITY** ) | |
| **ASSOCIATION OF AMERICA; and  TIAA-** ) | |
| **CREF INDIVIDUAL AND** ) | |
| **INSTITUTIONAL SERVICES, LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 10) filed by Patti W. Ramseur, concerning Mark R. Thompson on March 20, 2017.  Mr. Mark R. Thompson seeks to appear as counsel *pro hac vice* for Defendant TIAA Board of Overseers, et al..  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 10) is **GRANTED.**  Mr. Mark R. Thompson is hereby admitted *pro hac vice* to represent Defendant TIAA Board of Overseers, et al..

**SO ORDERED**.

Signed: March 21, 2017

David C. Keesler
United States Magistrate Judge