IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-687-MOC-DCK

| | |
|---|---|
| ANTOINETTE GODFREY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TIAA BOARD OF OVERSEERS. TIAA-CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC, TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Kenneth P. Carlson, Jr., filed a "Certification Of ADR Session" (Document No. 21) notifying the Court that the parties reached a settlement on December 4, 2017. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **January 4, 2018**.

**SO ORDERED**.

Signed: December 6, 2017

David C. Keesler
United States Magistrate Judge